# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ENRIQUE ALVEAR,

        Plaintiff,

v.                                               Case No. 6:25-cv-321-GAP-UAM

SERENA & LILY, INC., a foreign for-profit corporation,

        Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Settlement (Doc. 8), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. Any pending motions are **DENIED** as moot. The Clerk is directed to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 25, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record